```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                           AUGUSTA DIV.
```

## IN THE UNITED STATS DISTRICT COURT
## FOR THE SOUTHERN DISTRIC OF GEORGIA
## AUGUSTA DIVISION

2011 MAY -3 PM 4:49

CLERK _____
   SO. DIST. OF GA.

| | | |
|---|---|---|
| Jerry A. Al-Sharif | ) | |
| Plaintiff, Secured Party | ) | |
| v. | ) | |
| EPES TRANSPORT SYSTEM, INC., | ) | Civil Action No: 1:11-cv-00037 |
| Defendant, | ) | |
| | ) | |

### PLAINTIFF CERTIFCATION OF INTERESTED PARTIES AND DISCLOUSRE STATEMENT

Pursuant to Local Rule 3.2, the undersigned, counsel of record for Plaintiff Jerry A. Al-Sharif SECURED PARTY, FOR JERRY A. AL-SHARIF VERITIFIED BY PUBLIC RECORDS FILING, certifies that the following is a

Complete list of the parties in this Action:

    Jerry A. Al-Sharif            Plaintiff/Secured Party

    EPES TANSPORT SYSTEM,INC     Defendant

   The undersigned further certifies that the following is a full and complete list of offices and director of

JERRY A. AL-SHARIF :

Jerry A. Al-Sharif            Secured Party of Public Record filing

The undersigned further certifies that the following is a full and complete list of persons, firms, partnerships, corporations, or organizations that have a financial interest in, or other interest which could be substantially affected by, the outcome of this case.

This 2nd day of Mai, 2011

By: _____
Jerry A. Al-Sharif  Plaintiff

Counsel:

Jerry A. Al-Sharif
1731 Pitchwood Way
Hephzibah, Georgia 30903
706-771-0084
706-495-8829

## CERTIFICATE OF SERVICE

I certify that the foregoing PLANITIFF CERTIFICATE OF INTERESTED PARTIES AND DISCLOURE STATEMENT has been served on all counsel of record by delivering a copy of same through the U.S. mailing with postages paid upon the Following:

Christoper A. Cosper
HULL BARRETT PC
Post Office Box 1564
Augusta, Georgia 30903-1564
706-722-448 Georgia Bar No> 603000

By: _____

Jerry A. Al-Sharif Plaintiff /Secured Party

Of Counsel:

1731 Pitchwood Way
Hephzibah, Georgia 30815
706-771-0086/ 706-495-8829