FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 MAY -3  PM 4: 49

CLERK
SO. DIST. OF GA.

IN THE UNITED STATS DISTRICT COURT

FOR THE SOUTHERN DISTRIC OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| Jerry A. Al-Sharif ) | |
| Plaintiff/ Secured Party ) | Civil Action No. 1:11-cv-00037 |
| v. ) | |
| EPES TRANSPORT SYSTEM, INC; ) | |
| Defendants; ) | |

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION

## AND

## CASE MANAGEMENT PROCEDURES

## (LITIGATS, BILL OF RIGHTS)

## S.D.GA. LR 16.7

Litigants in this Court may wish to utilize procedures that are available t assist the speedy and efficient resolution f civil case. This notice must been furnished by Defendants' counsel to his client and served with the complaint upon all Plaintiffs. Counsel for each party represented shall ensure that the notice is filled out, signed by the part , and returned to the Clerk's Office (1) by counsel for the defendant within 15 days f filing the complaint , and (2) by counsel for the Defendant with the answer or other responsive pleading.

## NOTICE TO PARTIES AND COUNSEL

1.  If all parties in a case elect to d, a civil case in this Court can be referred to non-binding mediation. The purpose of such is to assist the parties in understanding the strengths and weaknesses of their respective positions and to facilitate settlement.

    Do you wish to use such a procedure and for your lawyer to meet with opposing counsel and a judge of this Court to establish a mediation plan for this case?

    <u>No</u>

2.  If the parties in a case elect to d so, a civil case in this Court can be referred t binding or non-binding arbitration. In some instance, arbitration may be quicker, cheaper, and less formal than litigation, its outcome can be binding or purely advisory , depending on the parties =agreement.. The parties can also agree to tailor the rules of procedure.  <u>No</u>

3.  If all parties in a case consent and the Court concurs, the right to proceed before a United States District Judge may be waived, and the case can be preside over by a Unites States Magistrate Judge. Would you like to Consider use of a Magistrate Judge and receive more information on this alternative?

<u>No</u>

4.  After the complaint and answer are filed in the case, the rules of this Court normally allow four (4) months for The completion of discovery. If discovery continues for a longer period of time, it will be because the attorneys have requested an extension of time from the court,

5.  If justified by the complexity or difficulty of a case, the Court will consider the entry of a special case management order. After hearing from the parties , this order would supersede the Local Rules and provided new dates for the difference aspects of discovery, amendments to the pleadings, the filing of Motions, conferences with the Court, and preparation for the ultimate pretrial order and trial of the case.

The lawyers for all of the parties are encouraged to consult concerning the need for such a case management order.

6.  At the completion of discovery and before trial, each party will be required to participate in the filing of a pretrial order. In most cases, there will also be a pretrial conference settlement of the case. Normally the Court will require the client to be present in the person or by telephone.

By Order of the Court .

_____

Clerk of Court


I have reviewed with   as Counsel the above notice and have indicated my desired responses t paragraphs 1, 2, and 3.

This May 2nd , 2011

*(signature)*

Jerry A. AL-Sharif Plaintiff / Secured Party

I have furnished a copy of this notice to the party represented by me and discussed with my client responses to paragraphs 1, 2, and 3, which have been noted.


This 2nd of May, 2011.



By: *(signature)*

Of Counsel:                Jerry A. AL-Sharif Plaintiff / Secured Party

1731 Pitchwood Way
Hephzibah, GA 30815
706 771-0086

## CERTIFICATED OF SERVICE

I CERTIFIED THE FOREGOING HAS BEEN SERVED ON ALL CUNSEL OF RECRD BY DELIVERING OF SAME BY MAILING A COPY TO THE FOLLOWING :

Christopher a. Cosper
P.O. BOX 1564
AUGUSTA, GEORGIA 30903

By: _____

Jerry A. Al-Sharif Plaintiff /Secure Party

Of Counsel:

1731 Pitchwood Way
Hephzibah, GA 30815
706 771-0086