FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 MAY 16 P 2: 10
CLERK [signature]
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISRTICT OF GERORIGA**

**AUGUSTA DIVISION**

Jerry Ali Aziz Al-Sharif,

Plaintiff,

v.

EPES TRANSPORT SYSTEM, INC
Michael W. Dunlap
Sharon Farris

Defendant's

Civil Action No.: No.1:11-cv-00037

**JOINDER OF PERSONS**
AND DECLARATION OF
PLANITIFF ATACHED HERETO

**COMES NOW** the living, breathing man, Knows As Jerry A. Al-SHARIF who is unschooled in law, Notice the court to take Judicial Notice of the enunciation of principles stated in **Haines v. Kerner, T** 404 U.S. 519, wherein the court directed that those who are not schooled in law making complaints/pleading shall have the court look to the substance of the complaint rather than the form.

## MOTION FOR JOINDER OF PARTIES

**COMES NOW** Plaintiff Files this Motion for Joiner of Michael W. Dunlap and Sharon Farris Employee's for EPES TRANSPORT SYSTEM, INC pursuant to Rule 19 (a) (1) (2) of the Federal Rules of Civil Procedure. The Joinder of persons needed for just Adjudication, both

parties is subject to service of process and whose joinder will not deprive the court of jurisdiction over the subject matter of the action. (1) in the person's absence complete relief cannot be accorded among those already parties. Defendant Michael W. Dunlap claim an interest relating to the subject of the action and is so situated that the disposition of the action in his absent may as a practical matter impair or impede the person's ability to protect that interest or may cause persons already a parties subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations by reason of the claimed interest.

## BACKGROUND HISTORY

1. Plaintiff filed a Civil Action lawsuit on February 14, 2011 sees attached to this Motion for Joiner attached as Exhibit "A." Plaintiff amended his Civil Complaint on 7th March 2011 copy is attached as Exhibit "B."Neither complaint listed them as Defendants, the Joiner of Mr. Michael W. Dunlap nor is Mrs. Sharon Farris proper. Defendant Sharon Farris has be received from plaintiff the correspondent though out this matter on behalf of EPES TRANSPORT SYSTEM, INC which should have give them notice of this Civil Action, from January 12, 2007 to February 12, 2011 and never response, as stated in legal term NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT, therefore her Joiner is proper in this Civil Action. Mrs. Farris has a duty to inform other parties as to the Legal documentation she has receiving from the Plaintiff for over four years, before the Filing of this Civil Action. See Evidence File, file submitted in the Civil Action No: 2011-RCCV-00074, which contain Group 1 thru 9, Defendant notice of Removal file on March 18, 2011 this case was properly removed to this court pursuant to 28 U.S.C § 1441. This Motion for Joiner of the both parties for adjudication of this case is proper, whereas the Evidence File clear

indicate. Fed Rules Cave .P. 19 (a) (1), (2) allow this court to order plaintiff to joining other parties if necessary.

## CONCLUSION

WHEREFORE, for these reasons mentions in my Motion for Joiner, both parties Defendant Mr. Michael W. Dunlap and Defendant Sharon Farris, Plaintiff Jerry A. Al-Sharif requests that its motion to Joined be accepted by this court.

Respectfully Submitted :

This 16th day of May, 2011.

Jerry A. Al-Sharif Plaintiff
c/o 1731 Pitchwood Way
Hephzibah, Georgia 30815
706-495-8829/706-771-0086

**DECLARATION OF Jerry A. Al-Sharif**

I Jerry A. Al-Sharif, declare under penalty of perjury:

1. I am the Plaintiff in the case of Jerry A. Al-Sharif v. EPES TRANSPORT SYSTEM, INC ( Case No>1:11-cv-00037 currently pending IN THE UNITED STATES DISTRICT COURT of Richmond County in the State of GEORGIA.
2. On January 12, 2007 by certified mail return receipt I sent to Mrs. Farris all documentation listed in the Evidence File that was removed to the United States District Court, For the Southern District by its Counsel Mr. Christopher Cosper.
3. I submitted all administrated documentation to Mr. Edward Toomer, a Notary Republic for the States of GEORGIA as show in the Evidence file with the court, where no response's were give by EPES TANSPORT SYSTEM, INC , throughout the administrated process, in which Defendant Defaulted concerning the duties to response.
4. I am Familiar with all the documentation sent to the Defendant EPES TANSPORT SYSTEM, INC.
5. I received all return Green Card Form Receipt back from the U.S. Postal Service and the Notary Republic, all Greens Card Receipts show the date and signature of the representative who sign for the documentation.
6. I inform Counsel for the Defendant EPES TRANSPORT STSTEM, INC that the parties will be joined on May 10, 2011.

Dated May 16th, 2011

Signed ______________________

Jerry A. Al-Sharif/Plaintiff

**CERTIFICATE OF SERVICE**

I certify that the Motion for Joiner and Plaintiff Declaration has been served on all counsel of record by delivering by placing a copy in the U.S. Mail Upon:

Christopher A. Cosper
Georgia Bar No. 142020
Hull Barrett PC
Post Office Box 1564
Augusta, Georgia 30903-1564
706-722-4481

Mr. Michael W. Dulap
3400 Edgefield Court
GREENSBORO, NC 27409

Mrs. Sharon Farris
3400 Edgefield Court
GREENSBORO, NC 27409

This 16th day of May, 2011.

Jerry A. Al-Sharif Plaintiff
c/o 1731 Pitchwood Way
Hephzibah, Georgia 30815
706-495-8829/706-771-0086