AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JERRY A. AL-SHARIF,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV1:11-37

EPES TRANSPORT SYSTEM, INC.,

    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of February 17, 2012, granting Defendant's Motion to Dismiss, denying Plaintiff's Motion for Joinder; granting Defendant's Motion to Dismiss Second Amended Complaint; Judgment is entered dismissing with prejudice Plaintiff's claims; and this civil action stands closed.

02/17/2012
Date

Scott L. Poff
Clerk

(By) Deputy Clerk